

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 12, 2013

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Ianniello et al.
            Criminal Docket No. 12-264 (NGG)

Dear Judge Garaufis:

     The government respectfully submits this letter to advise the Court that the undersigned has contacted defense counsel for the various defendants in this case and the parties jointly request that the time between March 8, 2013 and April 12, 2013 be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7), for continued plea negotiations and review of discovery.

                               Respectfully submitted,

                               LORETTA E. LYNCH
                               United States Attorney

                      By:  ____/s/_____
                               Amanda Hector
                               (718) 254-6212
                               Assistant U.S. Attorney

cc:  All defense counsel (by ECF)