**DOCKET NUMBERS:** CR 12-264 (NGG)

## CRIMINAL CAUSE FOR CURCIO HEARING

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE:** AUGUST 4, 2014 **TIME IN COURT** ___ **HRS** 30 **MINS**
@ 1:00 PM.

**1. DEFENDANT:** JAMES BERNARDONE

Present X   Not Present      Custody X   Not Custody

**DEFENSE COUNSEL:** LAWRENCE DIGANSANTE
FEDERAL DEFENDER:   CJA:     RETAINED: X

**2. DEFENDANT:**
Present   Not Present      Custody   Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:    CJA:    RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody    Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:   CJA:    RETAINED:**


**A.U.S.A.:** AMANDA HECTOR

**COURT REPORTER: SHERRY BRYANT**
**INTERPRETER:     LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Arraignment
- ☐ Bail Appeal
- ☐ Violation
- X Status Conference
- ☐ Bail Violation Hearing
- ☐ Voir Dire Begun
- ☐ Voir Dire Held    Jury selection
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase           ☐ Bench Trial Begun
- ☐ Revocation of Probation contested
- ☐ Sentencing on a violation
- ☐ Motion Hearing
- ☐ Hearing
- ☐ Sentencing
- ☐ Motion for sentence reduction
- ☐ Oral Argument
- ☐ Jury trial

Speedy Trial Start:   Speedy Trial Stop:   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES               NO X

ATTORNEY JOSEPH CONWAY IS APPOINTED BY THE COURT TO REPRESENT THE DEFENDANT AS CURCIO COUNSEL; CURCIO HEARING HELD.