**DOCKET NUMBERS:** CR 12-264 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk:**_____  **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE: AUGUST 5, 2014 TIME IN COURT** ___ **HRS** 30 **MINS**
@ 1:00 PM.

**1. DEFENDANT:** JAMES BERNARDONE

Present X   Not Present    Custody    Not Custody X

**DEFENSE COUNSEL:** LAWRENCE DIGIANSANTE
FEDERAL DEFENDER:  CJA:    RETAINED: X

**2. DEFENDANT:**
Present  Not Present       Custody    Not Custody

**DEFENSE COUNSEL:**
 FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody    Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**


**A.U.S.A.:** JACQUELYN KASULIS / AMANDA HECTOR

**COURT REPORTER: SHERRY BRYANT**
**INTERPRETER:     LANGUAGE:**

| | |
|---|---|
| ☐   Change of Plea Hearing (~*Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐      Arraignment | ☐ Sentencing on a violation |
| ☐      Bail Appeal | ☐  Motion Hearing |
| ☐      Violation | ☐  Hearing |
| ☐     Status Conference | X   Sentencing |
| ☐      Bail Violation Hearing | ☐  Motion for sentence reduction |
| ☐      Voir Dire Begun | ☐  Oral Argument |
| ☐      Voir Dire Held          Jury selection | ☐  Jury trial |
| ☐      Jury Trial Death Penalty  ☐      Sentence enhancement Phase | ☐      Bench Trial Begun |

**Speedy Trial Start:   Speedy Trial Stop:      CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**      YES                    NO  X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.