| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See "Instructions for Service of Process by U.S. Marshal" | 12/1/17 |
|---|---|---|

| PLAINTIFF <br> United States of America | COURT CASE NUMBER <br> CR-12-264  NGG |
|---|---|
| DEFENDANT <br> James Bernardone | TYPE OF PROCESS <br> Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Check in the amount of $10,000

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Attn: AUSA, Tanya Y. Hill

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                                Fold

As per the Order of Forfeiture please deposit check number 113084639 in the amount of $10,000.00 into the Asset Forfeiture Fund.
(14-FBI-007465) $10,000

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: 718-254-6188    DATE: 12/1/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: DEC 17 2014   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: $10,000.00 deposited into AFF on DEC 17 2014

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

12-264-S

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80