UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

JAMES BERNARDONE,

          Defendant.

------------------------------X

ORDER

12 CR 264 (NGG)

For the reasons set forth by the Court in the above-captioned case on August 5,

2014, it is hereby

ORDERED that the defendant JAMES BERNARDONE, as a result of his violation

of 18 U.S.C. § 1962(d), be prohibited, pursuant to Section 504 of the Labor-Management

Reporting and Disclosure Act (29 U.S.C. § 504), from serving or being permitted to serve in most

union positions and capacities, as set forth below, until thirteen years after his conviction, or if

imprisoned, until thirteen years after the end of any such imprisonment which results from his

conviction, whichever is the later date;

ORDERED that the defendant JAMES BERNARDONE, as a result of his violation

of 18 U.S.C. § 1962(d), be prohibited, pursuant to Section 411 of the Employee Retirement

Income Security Act (29 U.S.C. § 1111), from serving in most positions or capacities dealing with

employee benefit or pension plans, as set forth below, until thirteen years after his conviction, or if

imprisoned, until thirteen years after the end of any such imprisonment which results from his

conviction, whichever is the later date.

Specifically, the defendant JAMES BERNARDONE is prohibited from serving as

an officer, director, trustee, member of any executive board or similar governing body, business

agent, manager, organizer, employee, or representative in any capacity of any labor organization and as a consultant or advisor to any labor organization;

The defendant JAMES BERNARDONE is also disqualified from serving in any capacity, other than in his capacity as a member of any labor organization, that involves decision-making authority concerning, or decision-making authority over, or custody of, or control of the moneys, funds, assets, or property of any labor organization;

The defendant JAMES BERNARDONE is prohibited from serving in a position which entitles him to a share of the proceeds of, or as an officer or executive or administrative employee of, any entity whose activities are in whole or substantial part devoted to providing goods or services to any labor organization;

The defendant JAMES BERNARDONE is also disqualified from serving as a labor relations consultant or advisor to a person engaged in an industry or activity affecting interstate commerce, or as an officer, director, agent, or employee of any group or association of employers dealing with any labor organization;

The defendant JAMES BERNARDONE is also prohibited from serving in a position having specific collective bargaining authority or direct responsibility in the area of labor-management relations in any corporation or association engaged in an industry or activity affecting interstate commerce;

The defendant JAMES BERNARDONE is also prohibited from serving as an administrator, fiduciary, officer, trustee, custodian, counsel, agent, employee or representative in any capacity of any employee benefit plan;

The defendant JAMES BERNARDONE is also disqualified from serving in any capacity that involves decision-making authority or custody or control of the moneys, funds, assets or property of any employee benefit plan; and

The defendant JAMES BERNARDONE is also prohibited from serving as a consultant or advisor to an employee benefit program.

Dated: Brooklyn, New York
~~August~~   ~~2014~~
Nov. 17, 2015

s/Nicholas G. Garaufis

THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK